# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021

October 20, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 17D
New York, NY 10007

      **Re:**    **Velasquez v. 123 Essex Street Corp., d/b/a Essex Taqueria, et al.**
              **Case 1:21-cv-07181-AT**

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Case Management Plan in this matter is currently due October 27, 2021. However, Defendants, have not yet appeared in this matter. In order, therefore, to afford the parties additional time for the defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this adjournment request.

                                                                 _____

GRANTED. The parties shall submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by **November 29, 2021**.

SO ORDERED.

Dated: October 21, 2021
       New York, New York

                                                           _____
                                                                ANALISA TORRES
                                                         United States District Judge