# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2021
```

November 22, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

      **Re:**     **Velasquez v. 123 Essex Street Corp., d/b/a Essex Taqueria, et al.**
               **Case 1:21-cv-07181-AT**

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Case Management Plan in this matter is currently due November 29, 2021. However, to date, unfortunately none of the Defendants have yet formally appeared in this matter, despite having been properly served [D.E. 12 & D.E. 13]. The undersigned counsel shall also undertake additional efforts including follow-up correspondence to the subject facility location via courier, to solicit Defendants' response to the Complaint. In order, therefore, to afford the parties additional time for the defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

GRANTED. The parties shall submit their joint letter and proposed case management plan by **December 29, 2021**. If Defendants have not served an answer by **December 29, 2021**, Plaintiff shall file a motion for default judgment, in accordance with Attachment A of the Court's Individual Practices in Civil cases by **January 12, 2022**.

SO ORDERED.

Dated: November 23, 2021
        New York, New York

                                                      ANALISA TORRES
                                              United States District Judge