# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2021
```

December 27, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

      Re:    Velasquez v. 123 Essex Street Corp., d/b/a Essex Taqueria, et al.
              Case 1:21-cv-07181-AT

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      The Case Management Plan in this matter was currently due December 29, 2021. However, the Defendants have not yet formally appeared in this matter. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a courtesy copy of the Complaint and Summons to the corporate addresses of both Defendants and to the managing company of the Landlord Defendant in order to solicit Defendants' response to the Complaint and at present, is awaiting their response. In order, therefore, to afford the parties additional time for the Defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Case Management Plan deadline and a 30-day extension of the January 12, 2022, default motion deadline is hereby respectfully requested.

      Thank you for your consideration of this third adjournment request, and first default motion extension request.

                                Sincerely,

                                By: /S/ B. Bradley Weitz
                                    B. Bradley Weitz, Esq. (BW9365)

GRANTED. The parties shall submit their joint letter and proposed case management plan by **January 31, 2022**. If Defendants have not appeared by **January 31, 2022**, Plaintiff shall file a motion for default judgment, in accordance with Attachment A of the Court's Individual Practices in Civil Cases by **February 14, 2022**.

SO ORDERED.

Dated: December 28, 2021
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge