UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RICARDO VELASQUEZ,

                    Plaintiff,

        -against-

123 ESSEX STREET CORP., a New York
corporation, d/b/a ESSEX TAQUERIA, and ER
ESSEX LLC, a New York limited liability
company, f/k/a 123 ESSEX LLC,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/16/2022
```

21 Civ. 7181 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 28, 2021, the Court ordered the parties to submit their joint letter and proposed case management plan by January 31, 2022. ECF No. 17. That submission is overdue. By **February 22, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 16, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge